# Court of Appeals
# of the State of Georgia

ATLANTA,___March 21, 2013___

*The Court of Appeals hereby passes the following order:*

**A12A1669, A12A1707. DEKALB COUNTY, GEORGIA v. PAUL CHAMPION D/B/A CHAMPION TREE SERVICE, and vice versa.**

Upon examination of the entire record on appeal, we have determined that these applications for interlocutory appeal were improvidently granted. The order granting the applications is therefore vacated and the appeals are accordingly DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/21/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*